```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| KATHLEEN KIESLING, | : | CIVIL ACTION |
| | : | NO. 13-00821 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITIZENS BANK OF PENNSYLVANIA, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this **30th** day of **June, 2014**, for the reasons set for in the accompanying memorandum, it is **hereby ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**.

It is **further ORDERED** that the Clerk shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

                                      /s/ Eduardo C. Robreno
                                      **EDUARDO C. ROBRENO,    J.**